**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

KENNETH BASH, ET AL,

               Defendants.

# SEALED



**FILED**
May 11, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CR NO: 1:20-CR-00238-JLT-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      ☒ Ad Prosequendum          ☐ Ad Testicandum

Name of Detainee:  Evan PERKINS

Detained at      North County Correctional Facility (NCCF), Los Angeles Cty

Located at 29340 The Old Road, Castaic, CA

Detainee is:    a.)  ☒ charged in this district by:  ☒ Indictment ☐ Information ☐ Complaint

charging detainee with:  Title 18 U.S.C. § 1962(d)

or    b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)  ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on May 16, 2023 at 2 p.m. in the Eastern District of California.*

Signature:

Printed Name & Phone No:    Stephanie M. Stokman 559-497-4045

Attorney of Record for:    United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on May 16, 2022* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  **May 11, 2023**

*Erica P. Grosjean*

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | "Soldier" | ☒Male  ☐Female | |
| Booking or CDC #: | CDC: AX09949; Booking: 6511570 | DOB: | 12/28/1984 |
| Facility Address: | 29340 The Road, Castaic, CA | Race: | W |
| Facility Phone: | 213-473-6100 | FBI#: | 160920KB9 |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

(signature)