FILED
MAY 25 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EVAN PERKINS,<br><br>    Defendant. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED SECOND SUPERSEDING INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Second Superseding Indictment filed on May 11, 2023, and docket as to defendant Evan Perkins be unsealed and become public record, and that the unredacted Second Superseding Indictment remain under seal.

DATED: 5/25/2023

/s/ Sheila K. Oberto
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE