IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case № 1:20-cr-00238-JLT-SKO |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING CJA LEAD AND** |
| vs. | ) | **CO-LEARNED COUNSEL -** |
| | ) | **POTENTIAL DEATH PENALTY** |
| EVAN PERKINS (19), | ) | **PROSECUTION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon Defendant EVAN PERKINS's Initial Appearance May 25, 2023 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(1), General Order 663 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1.   Appointing Federal Public Defender –District of Arizona, Jon M. Sands, Federal Public Defender, 850 West Adams Street, Suite 201, Phoenix, AZ 85007-2730, 602.382.2700, jon_sands@fd.org, as CJA Lead and Co-Learned Counsel to represent Defendant EVAN PERKINS, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, as of August 30, 2023 when the Court withdrew CJA attorney John Garland as lead counsel;

2.   Waiving this District's $225 *pro hac vice* admission fee for their CJA appointment in this case alone, providing counsel qualifies otherwise for Local Rule 180(b)(1) admission to the United States District Court, California Eastern District, and under the District's *CJA Plan*, General Order 663.  Mr. Sands is admitted to practice in Arizona and inactive in California.

IT IS SO ORDERED.

Dated:   **September 6, 2023**                              */s/ Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE