IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case № 1:20-cr-00238-JLT-SKO |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING** |
| vs. | ) | **CJA LEAD COUNSEL -** |
| | ) | **POTENTIAL DEATH PENALTY** |
| EVAN PERKINS (19), | ) | **PROSECUTION** |
| | ) | |
| Defendant. | ) | |

    Upon Defendant EVAN PERKINS's Initial Appearance May 25, 2023 qualifying for appointment of court-appointed counsel and, on January 18, 2024, the court ordering new counsel appointed, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

    IT IS HEREBY ORDERED as follows:

    1.  Theresa M. Duncan, 1215 Paseo de Peralta, Santa Fe, New Mexico  87501, 505.710.6586, teri@duncanearnest.com, shall be appointed as CJA Lead Counsel, effective as January 19, 2024 when the Federal Defender-California Eastern contacted her about accepting appointment, to represent Defendant EVAN PERKINS, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, as of January 18, 2024 when the Court withdrew the Federal Public Defender – District of Arizona as lead counsel;

    2.  This District's $300 *pro hac vice* admission fee for their CJA appointment shall be waived in this case only, provided counsel qualifies otherwise for Local Rule 180(b)(2) admission to the United States District Court, California Eastern District, and under the District's

*CJA Plan*, General Order 671, as Ms. Duncan is admitted to practice in New Mexico.

IT IS SO ORDERED.

Dated: **January 25, 2024**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE