IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF,<br><br>　　　　v.<br><br>KENNETH BASH, ET AL.,<br><br>　　　　　　　　　　DEFENDANTS. | CASE NO.  1:20-CR-00238-JLT-SKO<br><br>ORDER RE PARTIAL OBJECTION TO STIPULATION REGARDING DISCOVERY AND PROPOSED FINDINGS AND PROTECTIVE ORDER<br><br>DOC. 1029 |

On April 8, 2024, the Court reviewed the "Stipulation Regarding Discovery and Protective Order" (Stipulation) signed by all of the parties to this action, and signed the Order. On that same day, the Court received a "Notice of Partial Objection to Stipulation Regarding Discovery and Proposed Findings and Protective Order" (Notice) on behalf of Defendant Evan Perkins. The Notice alleges that despite counsel's signature on the Stipulation, Mr. Perkins does not agree with the terms of the Stipulation.

The Court will not intervene in a dispute over the terms of a signed Stipulation. The parties are ORDERED to meet and confer and submit a revised Stipulation and Order acceptable to all parties by no later than April 11, 2024.

IT IS SO ORDERED.

Dated:   __**April 9, 2024**__　　　　　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE