THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street
Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

Attorneys for Evan Perkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 1:20-cr-0238 JLT SKO |
| Plaintiff, | **STIPULATION TO SHORTEN TIME FOR NOTICING OF HEARING ORDER** |
| v. | |
| **EVAN PERKINS,** | |
| Defendant. | |

Defendant Evan Perkins, though his counsel Cristina Bordé and Theresa M. Duncan, and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate and agree to shorten the notice requirements of L.R. 430.1(e) by one day and to set a hearing on Mr. Perkins' motion to continue and sever trial (Doc. 1340) for November 18, 2024, at

9:00a.m. before the Honorable Jennifer L. Thurston in Courtroom 4. Counsel further stipulates to the following briefing schedule:

The government's opposition to Mr. Perkins' motion for continuance and severance is due no later than November 12, 2024.

The defense's reply to the government's opposition is due no later than November 14, 2024.

Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

*James Conolly*
JAMES CONOLLY

Attorneys for the United States

IT IS SO ORDERED.

Dated:   **November 6, 2024**

UNITED STATES DISTRICT JUDGE

2