CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street, Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

Attorneys for Defendant
EVAN PERKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **EVAN PERKINS**, et al. <br><br> Defendant. | No. 1:20-cr-0238 JLT SKO <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR REPLY TO GOVERNMENT RESPONSE TO DISCOVERY MOTION** |

Defendant Evan Perkins through his attorneys Theresa Duncan and Cristina Bordé and the government, through its counsel Stephanie M. Stokman, stipulate and agree to extend the deadline for filing the reply to the government's response (Doc. 1384) to Mr. Perkins's Motion for Specific Discovery (Doc. 1348). The reply is currently due on November 18, 2024, (Doc. 1351), and the parties stipulate to extend the deadline for the reply to November 22, 2024. The

parties agree that this extension will provide the parties with more time to attempt to resolve discovery disputes.

DATED: November 15, 2024               Respectfully Submitted,

*/s/ Cristina Bordé*
CRISTINA BORDÉ

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

Attorneys for Defendant Evan Perkins


*/s/ Stephanie Stokman*
STEPHANIE STOKMAN

Attorney for the United States

**IT IS SO ORDERED.**

Dated: 11/15/2024                      *Sheila K. Oberto*
                                       The Honorable Sheila K. Oberto
                                       United States Magistrate Judge

2