CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street, Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

Attorneys for Defendant
EVAN PERKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **EVAN PERKINS, et al.** <br><br> Defendants. | No. 1:20-cr-0238 JLT SKO <br><br> **STIPULATION TO SUSPEND DEADLINE FOR DEFENDANT EVAN PERKINS TO FILE MOTIONS; [PROPOSED] FINDINGS AND ORDER** |

**STIPULATION**

Defendant Evan Perkins through his attorneys Cristina Bordé and Theresa Duncan and the government, through its counsel Stephanie M. Stokman, stipulate and agree to suspend the November 30, 2024, deadline in the court's scheduling order, ECF No. 1286 at 3, for Mr. Perkins to file motions in limine, substantive non-Daubert motions, and Daubert motions until

after the court decides Mr. Perkins's Motion to Sever Trial, ECF No. 1416, which is scheduled to be heard on December 4, 2024. After the court issues a decision, the parties stipulate and agree to confer and determine a reasonable deadline prior to trial for Mr. Perkins to file said motions.

DATED: November 27, 2024              Respectfully Submitted,

                                      */s/ Cristina Bordé*
                                      CRISTINA BORDÉ

                                      */s/ Theresa M. Duncan*
                                      THERESA M. DUNCAN

                                      Attorneys for Defendant Evan Perkins


                                      */s/ Stephanie Stokman*
                                      STEPHANIE STOKMAN

                                      Attorney for the United States

**[~~PROPOSED~~] FINDINGS AND ORDER**

The Court accepts the stipulation of the parties. Accordingly, the Court FINDS:

1. The November 30, 2024, deadline for Mr. Perkins to file motions in limine, substantive non-Daubert motions, and Daubert motions is suspended.

2. After the Court decides Mr. Perkins's Motion to Sever, ECF No. 1416, the parties will confer and determine a reasonable deadline prior to trial for Mr. Perkins to file motions in limine, substantive non-Daubert motions, and Daubert motions.

IT IS SO ORDERED this  29th  day of  November , 2024.

_____
The Honorable Jennifer L. Thurston
United States District Judge

3