THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street
Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

Attorneys for Evan Perkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **EVAN PERKINS,** <br><br> Defendant. | No. 1:20-cr-0238 JLT SKO <br><br> **STIPULATION TO MOTION SCHEDULE AND ORDER** |

Defendant Evan Perkins, though his counsel Cristina Bordé and Theresa M. Duncan, and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate to the following:

1. On November 27, 2024, Mr. Perkins filed a stipulation to suspend the November 30, 2024, motions deadline as to him given the pendency of his motion to sever. Doc. 1438.

2. On December 4, 2024, the Court accepted the stipulation and ordered the parties to confer and determine a reasonable deadline for Mr. Perkins to file motions in limine, substantive non-Daubert motions, and Daubert motions, after the Court ruled on the motion to sever. Doc. 1480.

3. On December 5, 2024, the Court denied Mr. Perkins' motion to sever. Doc. 1490.

4. The parties have conferred and stipulate to the following motions deadline:

    a. Mr. Perkins shall file his motions in limine, substantive non-*Daubert* motions, and *Daubert* motions on a rolling basis as they are completed but no later than Friday, December 13, 2024.

    b. The government shall file its responses to Mr. Perkins' motions by December 27, 2024.

    c. Mr. Perkins shall file his replies, if any, by January 3, 2025.

Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins

2

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

*James Conolly*
JAMES CONOLLY

Attorneys for the United States

**ORDER**

The Court has reviewed the stipulation set forth above. This leaves the Court inadequate time to evaluate and the consider the motions before the hearing on January 6, 2025. Thus, the Court **GRANTS** the stipulation **IN PART** as follows:

1. Any further motions in limine on behalf of or directed toward Mr. Perkins, **SHALL** be filed **no later than December 13, 2024**.

2. Any opposition to any such motions **SHALL** be filed **no later than December 23, 2024.**

3. **No replies will be permitted.**

IT IS SO ORDERED.

Dated: **December 6, 2024**

_____
UNITED STATES DISTRICT JUDGE

3