THERESA M. DUNCAN
Admitted *Pro Hac Vice*
Law Office of Theresa M. Duncan LLC
P.O. Box 2769
Santa Fe, NM 87504
(505) 710-6586
teri@duncanearnest.com

CRISTINA BORDÉ
Admitted *Pro Hac Vice*
Law Office of Cristina Bordé
33 E. Main Street
Suite 400
Madison, WI 53703
608-620-3307
cristinaborde@gmail.com

Attorneys for Evan Perkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **EVAN PERKINS,** <br> Defendant. | No. 1:20-cr-00238 JLT SKO <br><br> **STIPULATION AND ORDER RESETTING ARRAIGNMENT FOR EVAN PERKINS** |

    Defendant Evan Perkins, though his counsel Cristina Bordé and Theresa M. Duncan, and the government, through its counsel Stephanie M. Stokman and James Connolly, stipulate to resetting Mr. Perkins' arraignment from August 13, 2025, to September 9, 2025, at 2:00p.m.

//

//

Respectfully Submitted,

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN

*/s/ Cristina Bordé*
CRISTINA BORDÉ

Attorneys for Defendant Evan Perkins

*Stephanie M. Stokman*
STEPHANIE M. STOKMAN

Attorney for the United States

**IT IS SO ORDERED.**

This matter having come before the Court by stipulation (ECF No. 2002), the arraignment scheduled for Defendant Evan Perkins on August 13, 2025, is hereby continued to September 9, 2025, at 2:00p.m. The defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2